Certificate Number: 01356-FLS-DE-025005612

Bankruptcy Case Number: 15-10751



01356-FLS-DE-025005612

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 12, 2015, at 5:06 o'clock PM EST, Harry M Montes completed a course on personal financial management given by internet by Hummingbird Credit Counseling and Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date: February 12, 2015

By: /s/Dave Fleenor for Victoria Wright

Name: Victoria Wright

Title: Executive Director of Education